Case 3:24-cv-00032   Document 29   Filed on 02/04/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MEREDITH CAPITAL CORPORATION, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-32 |
| SHELLPOINT MORTGAGE SERVICING, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

## **PARTIAL FINAL JUDGMENT**

Pursuant to the court's order granting the defendants' motion for judgment on the pleadings, Dkt. 28, it is ordered that John Riddle's claims brought against Shellpoint Mortgage Servicing, LLC, and Massachusetts Mutual Life Insurance Company are dismissed with prejudice.

**THIS IS A PARTIAL FINAL JUDGMENT.**

The clerk will provide copies of this partial final judgment to the parties.

Signed on Galveston Island this 4th day of February, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE