Case 3:24-cv-00032   Document 36   Filed on 07/01/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MEREDITH CAPITAL CORPORATION, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-32 |
| SHELLPOINT MORTGAGE SERVICING, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion and order, Dkt. 35, entered in this case granting the defendants' motion for judgment on the pleadings, Dkt. 30, it is ordered that this case is dismissed without prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 1st day of July, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE